UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TRACY RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEST BUY STORES, L.P.; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-cv-02375-JAK-VBK<br><br>*Judge John A. Kronstadt*<br>*Magistrate Judge Victor B. Kenton*<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:　March 1, 2013<br>Action Removed:　April 3, 2013<br>Trial Date:　　　　None Set |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the provisions of the concurrently filed stipulation between the parties entitled "Stipulated Protective Order" shall be entered as the Order of the Court and be binding upon the parties referenced within the document.

Dated: __8/20/2013__, 2013

　　　　　　　　　　　　　　　　HONORABLE MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　VICTOR B. KENTON

1

ORDER GRANTING STIPULATED PROTECTIVE ORDER